

USAO#2014R00236

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | CRIMINAL NO. ELH-14-0261 |
| v. | * | |
| | * | (Theft of Mail Matter by Postal Service |
| **JEFFREY L. SHIPLEY,** | * | Employee, 18 U.S.C. § 1709; Delay |
| | * | and Destruction of Mail by Postal |
| **Defendant** | * | Service Employee, 18 U.S.C. § 1703(a)) |
| | * | |
| | * | |

*******

## INFORMATION

### COUNT ONE
(Theft of Mail by Officer or Employee of the Postal Service)

The United States Attorney for the District of Maryland further charges that:

1.   Defendant **JEFFREY L. SHIPLEY** was an employee of the United States Postal Service ("Postal Service") from August 7, 1993, through March 10, 2014. **SHIPLEY** was employed as a postman and his duties and responsibilities included delivery of the United States mail to the individual or business addressed on the envelopes, packages or letters he carried.

2.   While employed with the Postal Service, **SHIPLEY** failed to deliver, embezzled, and stole over 20,000 pieces of mail. The Defendant embezzled United States mail that he was entrusted to deliver as a Postal Service Carrier, including, but not limited to, an opened First Class letter containing a greeting card addressed to S.D., an opened First Class letter addressed to T.B. containing a Mother's day greeting card, an opened mail piece from A.P. containing a $300.00 check for a birthday, and an opened First Class letter addressed to O.W. contained two money orders for $500.00 and $75.00.

3.   While employed with the Postal Service, **SHIPLEY** stole, abstracted, and removed from letters, packages, bags, and mail, articles and things contained therein.

Specifically, the Defendant stole United States mail from the Parkville Branch and Catonsville Carrier Annex that the Defendant was not responsible for delivering as a Postal Service Carrier, including, but not limited to, two First Class priority mail envelopes addressed to K.R. and G.R. that contained two passports, one opened First Class parcel addressed to A.D. that contained prescription medication, one opened First Class letter addressed to K.M. which contained a greeting card with $500.00 check, and one Passport in the name of W.K.).

4. On March 10, 2014, a search warrant was executed at the Defendant's residence in Millersville, Maryland. Law enforcement recovered 55 gift cards and 15 credit cards the Defendant had removed from mail packages and envelopes. A number of these stolen items from the mail were located in the Defendant's wallet.

5. While employed with the Postal Service, **SHIPLEY** stole furniture and other property of the Postal Service.

6. Beginning at a time unknown and continuing until on or about March 10, 2014, in the District of Maryland, the defendant,

**JEFFREY L. SHIPLEY,**

being a Postal Service officer and employee,

(1) did embezzle any letter, postal card, package, bag, and mail, and any article or thing contained therein entrusted to him and which came into his possession intended to be conveyed by mail, and carried and delivered by any carrier, messenger, agent, and other person employed in any department of the Postal Service, and

(2) did steal, abstract, and remove from any such letter, package, bag, and mail, any article and thing contained therein.

18 U.S.C. § 1709

## COUNT TWO
(Delay and Destruction of Mail and Newspapers)

The United States Attorney for the District of Maryland further charges that:

1. Paragraphs 1 through 4 of Count One are incorporated here.

2. Beginning at a time unknown and continuing until on or about March 10, 2014, in the District of Maryland, the defendant,

**JEFFREY L. SHIPLEY,**

being a Postal Service officer or employee, did unlawfully secrete, destroy, detain, delay, and open any letter, postal card, package, bag and mail entrusted to him and which came into his possession, and which was intended to be conveyed by mail, carried and delivered by any carrier and other employee of the Postal Service, and forwarded through and delivered from any post office and station thereof established by authority of the Postmaster General and the Postal Service.

18 U.S.C. § 1703(a)

May 28, 2014
Date

Rod J. Rosenstein by JTM
ROD J. ROSENSTEIN
UNITED STATES ATTORNEY